The agency's report underlines some of the in custom results presented through the United States Department of Public Services USGS Select Guarantee Service, and this case study will also involve links and involvements in the Institution recommendation, the National Roadworks and Military Planning Project and necessary reconstitution processes. And now there's one question in the context of legal obligations for reconstitution in the United States of America. The general rule is that a project may affect the safety of the formal reconstitution support, and that is the source of its must, and should that reconstitution be a biological problem from the next request of the agency. And we're going to use these lines here as an exception to that rule. It says that the agency does not single out a person that is in the most complex and difficult circumstances in the world. Then you don't have to go in and get the person that's in the most difficult place. I don't want to break down your primary argument. At least the one that is most pertinent in this case is the Cottonwood case. Since there's such a reliance on the agency's liability in this case, what's wrong with that? Yeah, that's one of our questions. One of our questions. Okay. Well, let me start your question. How does the city accept that liability? And how do we bring it into the district court to consider whether or not the Cottonwood case is a legal obligation? Do you honor or shun the liability agency at the moment because the district court orders further consultation? It's not the agency's responsibility. The Cottonwood case is not a liability obligation. If the district court orders further consultation, what do I do? What do I say to the audience? Well, in the Cottonwood case, the police do not actually bring the person in. The agency does bring the person in to the consultation based on what they say. But if the district court has different sources and advocates and amendments, obviously we rely on the district court. Okay. What we're relying on is a statement of the Cottonwood decision story. So we know that the biological activity of the person in the Cottonwood case can also ignore people in active physical health. You can't say that there will be no single person in the Cottonwood case. You can't say that. In this case, part of the reason that the agency sent someone in was because the agency has been contracted. So it's part of the agency's responsibility to bring the person in. It's not the agency's responsibility. So we agree with that part of the agency. It's the district court. You erred in your operating, you erred in your conclusion. Of course, the Forest Service, the Cottonwood decision story, will provide you with a statement of the Cottonwood case, the person's case, and so forth. But it's not the agency's conclusion. So I think that, for the rest of your arguments in this case, the point would be, of course, that before the consultation occurs, perhaps they will look at the information if they don't know what the agency told you the reason that the agency provided you with. Maybe it's underwater, maybe it won't be, but it seems to me that you're getting as close as you can to the reason that perhaps after the consultation has occurred, you want to look at the person's case. Well, your Honor, it may involve a difference in the criminal process and the process of that consultation. But we also, there's a question here, that a consultation is already being processed and can be selected. So, both of those. I think it's more pressing that you're saying there is an intervention of the insurgency to see if it's better for the client and further consultations to further address the opportunity to caution the client. Wouldn't it be more responsible if the client had the same requirements that you had decided? It seems to me that you're saying that you should have done some of them and it would be discouraging for the client. Well, your Honor, I think in terms of hospitality, you'd be correct. But in this court, we need to ask the district court to decide if it needs to be renegotiated for consultation. And for the compliment and approval to be followed for this consultation. So, that would only address the cost of the consultation. It might not be any new consultation. Your Honor, but if you have a consultation such as this one for the client, then we will not be negotiating with you for the compliment  to be followed for this consultation or approval. You may have something to say. Even though on the case we're going to have a 10-point offense, I don't think it's worth saying just because it's a different client, it doesn't mean it's a different case. I think you're correct, Your Honor. And so, that seems to me to be very different than these topics that I'm told that are going to be mentioned in other cases. Is this something that you would be concerned with if you're going to have some personal issues that really are confidential? Your Honor, I don't think we do on this. There's a few reasons for that. One is that the notice letter is provided to all agencies specifically for the term that you're not using for success. There's also a requirement for the only jurisdiction required. There are no further exceptions. It is not an intermediary of the agency that you are in charge of. Is it separate? Is it a separate issue? Your Honor, it's actually the first step on the claim file address when you speak to the judge population. The first thing the judge will send is a letter to  agency that you are in charge of. The judge will send a letter to the agency that you to the agency that  are in The judge will send  to the agency that the       The judge will send you are in charge  The judge will send of. The judge will  to the agency that are in charge of.  judge will send to the agency that you are in  of. The judge will  to the agency that    of. The judge of. The  will send to the
judges: Tashima, Tallman, Hurwitz